UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TRUSTEES OF SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION LOCAL
NO. 38 VACATION FUND, TRUSTEES OF
SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION LOCAL
NO. 38 INSURANCE AND WELFARE FUND,
TRUSTEES OF SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION LOCAL
NO. 38 PROFIT SHARING PLAN, TRUSTEES
OF SHEET METAL WORKERS LOCAL 38
LABOR MANAGEMENT COMMITTEE AND
TRUST, TRUSTEES OF SHEET METAL
WORKERS LOCAL UNION 38 CRAFT
TRAINING FUND, TRUSTEES OF SHEET
METAL CONTRACTORS INDUSTRY FUND
OF SOUTHEASTERN NEW YORK, and
TRUSTEES OF SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION LOCAL
NO. 38 UNION,

                  Plaintiffs,

v.

A. BORRELLI HVAC, INC. and ALBERT
BORRELLI,
                  Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 8510 (VB)

11/20/20

      On October 13, 2020, plaintiffs commenced the instant action against defendants A. Borrelli HVAC, Inc. and Albert Borrelli. (Doc. #1).

      On October 27, 2020, plaintiffs docketed a proof of service indicating service on defendants on October 19, 2020. (Doc. #8). Accordingly, defendants had until November 9, 2020, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, defendants have not answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek certificates of default as to defendants by **December 4, 2020**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by **December 18, 2020**. **If plaintiffs fail to satisfy either deadline, the Court may**

**dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: November 20, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge